IRVING H. WOLFE & CO., INC., Appellant, *v.* CHASMORE CONSTRUCTION CO., INC., Respondent.

Supreme Court, Appellate Term, First Department, March 25, 1927.

**Brokers — real estate broker — attempt of defendant to insert new provisions in contract of sale cannot defeat right to commissions.**

In this action by a real estate broker for commissions, his right thereto cannot be defeated by defendant's attempt to insert in the proposed contract new provisions not originally furnished as terms of sale or exchange; the broker cannot be penalized for defendant's failure.

APPEAL by the plaintiff from judgment of the Municipal Court, Borough of The Bronx, Ninth District, in favor of defendant.

*S. F. & J. F. Katz* [*Jerome F. Katz* of counsel], for the appellant.

*Samuel Ecker,* for the respondent.

PER CURIAM. Defendant could not defeat plaintiff's right to commissions by attempting to insert in the proposed contract new and onerous provisions not originally furnished as terms of sale or exchange. The broker cannot be penalized for the failure of defendant. (*Glaser* v. *Eisen Realty Co., Inc.,* 187 N. Y. Supp. 171; *Davidson* v. *Stocky,* 202 N. Y. 423; *Tanenbaum* v. *Boehm,* Id. 293; *Brand* v. *Nagle,* 122 App. Div. 490; *Goodman* v. *Hess,* 56 Misc. 482; *Halprin* v. *Schachne,* 27 id. 195.)

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, LYDON, LEVY and CRAIN, JJ.